# Sheppard Mullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Robert Friedman
212.634.3058 direct
rfriedman@sheppardmullin.com

April 2, 2024

**VIA ECF**

Honorable Jennifer Rearden
Daniel Patrick Moynihan
United States Courthouse
Court Room 12B
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2024

*Application GRANTED. Plaintiff's time to oppose the Motion for Judgment on the Pleadings is extended to May 1, 2024 and Defendants' time to reply is extended to May 15, 2024. The Clerk of Court is directed to terminate ECF No. 84. SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: April 5, 2024*

Re:  *Presidio, Inc. v. Driven Acquisitions, Inc., d/b/a Driven Technologies,* No. 23-cv-6235 (S.D.N.Y.)

Dear Judge Rearden:

Pursuant to Your Honor's Individual Rule 2.E, counsel for Plaintiffs Presidio, Inc., Presidio Networked Solutions LLC, and Presidio Networked Solutions Group, LLC (collectively, "Plaintiffs") and counsel for Defendants Driven Acquisitions, Inc., d/b/a Driven Technologies, Daniel Bello, Sanford Brown and Andrew Chris (collectively, "Defendants") write jointly to request an extension for deadlines to file the parties' respective, subsequent memoranda and declarations relating to Defendants' Motion for Judgment on the Pleadings. (*See* ECF No. 81.) The parties provide the below dates sought to be extended and summary of current deadlines and proposed extensions.

Currently, Plaintiffs' deadline to file an opposition to Defendants' Motion for Judgment on the Pleadings is April 9, 2024 and Defendants' deadline to file a reply in further support of their Motion to Dismiss is April 16, 2024. The parties have met and conferred about extending these deadlines. The parties respectfully request that the Court modify the dates as follows: Plaintiffs' deadline to file an opposition to Defendants' Motion for Judgment on the Pleadings is May 1, 2024

**SheppardMullin**

Honorable Jennifer Rearden
April 2, 2024
Page 2

and Defendants' deadline to file a reply in further support of their Motion for Judgment on the Pleadings is May 15, 2024.

The parties previously requested and were granted extensions of time in this dispute relating to Defendants' Motion to Dismiss and to extend discovery. Further, the parties do not currently have a scheduled appearance before the Court. Lastly, this extension would not affect any other scheduled dates.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

/s/ Robert S. Friedman

Robert S. Friedman
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4893-2969-3875.1