## CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516) 746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY & CT Bar*

Jean M. Smyth
Patricia M. Mackreth

COUNSEL

George B. McPhillips
*1930-1994*

January 4, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2024

Via ECF

Honorable Magistrate Judge Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

Re:   Presidio, Inc., et al. v. Driven Acquisition, Inc., d/b/a Driven Technologies, et al.
      Docket no. 1:23-cv-06235

Dear Judge Lehrburger:

We represent the Defendants Driven Acquisition, Inc., d/b/a Driven Technologies, Daniel Bello, Sanford Brown, and Andrew Chris in the above-referenced matter.

We write to request the Court's approval to maintain under seal unredacted versions of Defendants' Reply papers in connection with their motion for judgment on the pleadings. The reason for this request is that Defendants' papers refer to two of Plaintiffs' clients by name. Pursuant to the protective order dated January 25, 2024, such information is subject to redaction.

In addition, Defendants seek to seal and redact only the two references to Plaintiffs' clients.

Accordingly, Defendants respectfully request that the Court grant the instant application. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Jean M. Smyth
Jean M. Smyth

cc:   Joshua Schlenger (via ECF)
      Sheppard Mullin

Granted.

SO ORDERED:

05/16/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE