```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PRESIDIO, INC., et al,

                   Plaintiffs,

      - against -

DRIVEN ACQUISITIONS, INC., et al,

                   Defendants.
-------------------------------------------------------------X

23-CV-6235 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the parties' continuing inability to agree upon deposition dates. (*See* Dkt. 111, 112.) The Court will give the parties a last chance to figure it out. To do so, the Court extends fact discovery until October 31, 2024, solely for purposes of working out the dates for Cagnzzi, Casasola, and Chris. The other dates for all other witnesses set forth in Dkt. 111 are so-ordered. If the parties are unable to work the remainder out by September 15, 2024, they shall so inform the Court, at which point the Court will revert to requiring the parties to come to the courthouse to work out a final schedule among themselves.

                                                   SO ORDERED.

                                                   _____
                                                   ROBERT W. LEHRBURGER
                                                   UNITED STATES MAGISTRATE JUDGE

Dated:  September 12, 2024
           New York, New York

Copies transmitted this date to all counsel of record.